IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HATCHIGIAN | : |
|     Plaintiff, | :    CIVIL ACTION |
| v. | : |
| | :    NO. 11-5177 |
| I.B.E.W. LOCAL 98, HEALTH & WELFARE FUND, *et al.* | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this *15th* day of *January*, 2013, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 11), Plaintiff's Response in Opposition (Docket No. 29), and Plaintiff's Supplemental Response (Docket No. 30), it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**

**JUDGMENT IS ENTERED** in favor of Defendants on the entirety of the Complaint. This case is now **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.